# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEVAN KAYAIAN, | ) | 1:06cv1632 OWW DLB |
| | ) | |
|                Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) | (Document 6) |
| U.M.C. HOSPITAL, | ) | |
| | ) | |
|                Defendant. | ) | |

    Plaintiff Sevan Kayaian filed the instant action on November 14, 2006.

    On January 9, 2007, the Magistrate Judge issued Findings and Recommendation that the action be dismissed for Plaintiff's failure to follow the Court's order. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Over thirty (30) days have passed and no party has filed objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    The Findings and Recommendation dated January 9, 2007, is ADOPTED IN FULL; and

2. The action is DISMISSED.

This terminates this action in its entirety.IT IS SO ORDERED.

**Dated:    February 25, 2007**              **/s/ Oliver W. Wanger**
emm0d6                                       UNITED STATES DISTRICT JUDGE